UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAI HUANG,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>    Respondents. | No. 1:25-cv-02046-DC-SCR<br><br><br>ORDER |

    Petitioner, an immigration detainee who is representing himself, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 together with a motion to proceed in forma pauperis. ECF Nos. 1-2.

    Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the motion to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a).

    The court has conducted a preliminary review of the petition pursuant to Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254.[1] Because petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will

---

[1] Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

1

1 be directed to show cause within 7 court days from the date of this order why this case is factually
2 or legally distinguishable from A.A.M. v. Andrews, No. 1:25-cv-01514-DC-DMC (E.D. Cal.),
3 and why the writ should not be granted. See 28 U.S.C. § 2243. Petitioner may file a
4 reply/traverse to the answer/return within 3 days after being served a copy of it.

In light of the expedited nature of the briefing schedule set in this matter, the court will defer ruling on petitioner's motion to appoint counsel (ECF No. 3) at this juncture. Once the briefing deadlines have expired, the court will rule on the motion for the appointment of counsel and resolve the pending § 2241 petition as expeditiously as possible.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's motion to proceed in forma pauperis (ECF No. 2) is granted.

2. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the United States Attorney.

3. Respondents are directed to file an answer/return to the petition by January 12, 2026. Respondents shall include with the answer/return any and all transcripts or other documents relevant to the determination of the issues presented in the application.

4. Petitioner's reply/traverse, if any, is due within 3 days after being served a copy of respondents' answer/return.

5. Absent a further order of the court, the petition will be taken under submission after the filing of the reply/traverse.

6. In order to ensure this court's jurisdiction to resolve the pending § 2241 petition, respondent shall not transfer petitioner to another detention center outside of this judicial district, pending further order of the court. See 28 U.S.C. § 1651(a) (establishing the All Writs Act which empowers the federal courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions…."); see also F.T.C. v. Dean Foods Co., 384 U.S. 597, 604 (1966) (emphasizing that federal courts have the power to "to preserve the court's jurisdiction or maintain the status quo by injunction pending review of an agency's action").

////

Dated: December 31, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE