UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAI HUANG, | No.  1:25-cv-02046 DC SCR (HC) |
| Petitioner, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al., | (Doc. Nos. 3, 8) |
| Respondents. | |

Petitioner is a federal immigration detainee representing himself in this habeas corpus action filed pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 23, 2026, the magistrate judge filed findings and recommendations, which were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within seven days.  Neither party filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  The court has reviewed the file and finds the findings and recommendations to be supported by the record and

1

by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.      The findings and recommendations (ECF No. 8) are ADOPTED in full.

2.      Petitioner's application for a writ of habeas corpus (ECF No. 1) is GRANTED, in PART, based on the lack of any substantive answer filed by Respondents in this case as well as the undisputed record before this Court.

3.      Respondents are ordered to release petitioner on any necessary conditions of supervision pending any attempts Respondents may be making to remove him to China.

4.      Respondents are further directed to file a notice certifying compliance with this order within three (3) days from the date of entry of this order.

5.      All pending motions (Doc. No. 3) are denied as moot.

6.      The Clerk of the Court is directed to enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Dated:    **February 3, 2026**

_____

Dena Coggins
United States District Judge

2